**FILED**
**U.S. District Court**
**District of Kansas**
03/17/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JAMES W. McNEESE,

    **Plaintiff,**

    v.                **CASE NO.  25-3267-JWL**

(FNU) ANDERSON, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983.  On December 12, 2025, the Court entered a Memorandum and Order dismissing this matter as frivolous or malicious, finding that this case was Plaintiff's seventh case filed based on the same claim.[1]  (Doc. 2.)  The Memorandum and Order and Judgment were mailed to Plaintiff at his current address of record—the Sedgwick County Jail in Wichita, Kansas.  (Docs. 2, 3.)  On December 29, 2025, the documents were returned as undeliverable with a notation that Plaintiff was no longer in custody there.  (Doc. 4.)

Plaintiff failed to give the Court notice of his change of address.   The Court's Local Rules provide that "[e]ach attorney or pro se party must notify the clerk of any change of address or telephone number."   D. Kan. Rule 5.1(b)(3).  The Federal Rules of Civil Procedure provide that a paper is served by "mailing it to the person's last known address—in which event service is complete upon mailing."  Fed. R. Civ. P. 5(b)(2)(C).

---

[1] *See McNeese v. Anderson*, Case No. 24-3153-JWL (D. Kan.); *McNeese v. Anderson*, Case No. 24-3227-JWL (D. Kan.); *McNeese v. Anderson*, Case No. 25-3026-HLT-ADM (D. Kan.); *McNeese v. Anderson*, Case No. 25-3060-JWL (D. Kan.); *McNeese v. Anderson*, Case No. 25-3073-JWL (D. Kan.); and *McNeese v. Anderson*, Case No. 25-3083-JWL (D. Kan.).

On March 16, 2026, Plaintiff filed a response indicating that he is now housed at the Larned State Hospital in Larned, Kansas. (Doc. 5.) In the response, he expresses his desire to continue pursuing this case, or in the alternative, asks if he would be allowed to file the case with a new case number and have it assigned to a different judge. *Id*. at 1–2. Plaintiff sets forth arguments as to why he believes his other cases failed and seeks another opportunity to pursue his claim. *Id*. at 3–5.

The Court will direct the Clerk to send Plaintiff a copy of the Court's Memorandum and Order and Judgment dismissing this case at his new address. This case is closed, and the Court will not be providing any further relief in this case. To the extent Plaintiff seeks advice on how to proceed, the Court cannot provide Plaintiff with legal advice. However, the Court notes that the Memorandum and Order dismissing this case provides that "[a]ny further actions filed by Plaintiff based on this same incident may be summarily dismissed as duplicative and frivolous or malicious." (Doc. 2, at 3.)

**IT IS THEREFORE ORDERED** that the Clerk is directed to send Plaintiff a copy of the Court's Memorandum and Order and Judgment (Docs. 2, 3) at Plaintiff's current address of record.

**IT IS FURTHER ORDERED** that the Court will not be taking any further action on Plaintiff's response at Doc. 5.

**IT IS SO ORDERED**.

**Dated March 17, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**